RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 1/12/2010
BY DD

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ROBERT CHARLES FREEMAN<br>LA. DOC #311335 | CIVIL ACTION NO. 09-0652 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MOREHOUSE PARISH DETENTION<br>CENTER, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that Plaintiff's Civil Rights Complaint be **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of Fed. R. Civ. P. Rule 41(b) and LR 41.3.

**MONROE, LOUISIANA,** this 12 day of January, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE